## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                                    No. 4:12-cr-185–DPM

ALLEN ROOSEVELT LEE JR.                                    DEFENDANT

### Sentencing Scheduling Order

Sentencing is set for **May 29, 2013 at 1:30 p.m. in Courtroom B-155.** So the Court and all parties can prepare for the hearing, the Court sets the following schedule.

- Final PSR, including responses to objections, circulated . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15 May 2013

- Motions to depart or vary and sentencing memoranda filed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19 May 2013

- Joint notice by filing about witnesses, estimated hearing length, likelihood of third point, and applicability of safety valve . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19 May 2013

- Responses to any departure or variance motions and responding memoranda filed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22 May 2013

If any of these deadlines is not met, then the sentencing will be continued

absent extraordinary circumstances.

So Ordered.

*D.P. Marshall Jr.*

_____

D.P. Marshall Jr.
United States District Judge

26 April 2013