# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                               PLAINTIFF

v.                      No. 4:12-cr-185–DPM

ALLEN ROOSEVELT LEE JR.                           DEFENDANT

## Sentencing Scheduling Order

Sentencing is set for **May 29, 2013 at 1:30 p.m. in Courtroom B-155.** So the Court and all parties can prepare for the hearing, the Court sets the following schedule.

- Final PSR, including responses to objections, circulated .................................................. 15 May 2013

- Motions to depart or vary and sentencing memoranda filed ............................................. 19 May 2013

- Joint notice by filing about witnesses, estimated hearing length, likelihood of third point, and applicability of safety valve ........................................................ 19 May 2013

- Responses to any departure or variance motions and responding memoranda filed ............................................. 22 May 2013

If any of these deadlines is not met, then the sentencing will be continued absent extraordinary circumstances.

So Ordered.

*/s/ DP Marshall Jr.*

D.P. Marshall Jr.
United States District Judge

26 April 2013